IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00332-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  JEFFERY ALLAN JOHNSTON,

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

       This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 51].  The Court having read said motion and being fully advised in the premises finds:

       1.      On October 28, 2013, the United States and the defendant, Jeffery A. Johnston, entered into a Plea Agreement [Docket No. 45] which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

       2.      The government has established the requisite nexus between the property and the offense.

       3.      Prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to third parties pursuant to 21 U.S.C. § 853(n).

       Therefore, it is

       **ORDERED** that defendant's interest in the following property:

    a.      Colt 1911 .45 caliber pistol, SN SS25514E;

    b.      North American Arms NAA-22M .22 caliber revolver, SN D86877;

    c.      Colt AR-15 A2 .223 caliber semi-automatic rifle, SN GC016690;

    d.      Ithaca Model 37 12 gauge shot gun, SN 772060-4;

    e.      Winchester Model FL 12,  12 gauge shotgun, SN 1633583;

    f.      Colt Officers Model .45 Caliber pistol, SN LF11417E;

    g.      Taurus Model 85 .38 caliber revolver, SN QE76349;

    h.      Ruger LCP .380 pistol; SN 37648959;

    i.      Smith & Wesson Body Guard 380 .380 caliber pistol, SN ECA4679;

    j.      Federal Premium Ammunition;

    k.      American Eagle .45 caliber ammunition;

    l.      $2,240.00 in United States Currency;

    m.      $25,000.00 in lieu of real property located at 10800 Hillrose Street

is forfeited to the United States in accordance with 18 U.S.C. § 853.  Pursuant to

Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall

become final as to the defendant at the time of sentencing and shall be made part of

the sentence and included in the judgment. It is further

    **ORDERED** that the United States is directed to seize the property subject to

forfeiture and to make its return as provided by law.  It is further

    **ORDERED** that the United States shall publish notice of this Preliminary Order of

Forfeiture in accordance with 21 U.S.C. § 853(n) on an official government website for

at least 30 consecutive days, stating that all persons claiming an interest in the above-

described property must file their claims within 30 days of the last date of publication

and make its return to this Court that such action has been completed.  It is further

ORDERED that, upon adjudication of all third-party interests, if any, the Court will

enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 853 and Rule 32.2(c)(2) of the

Federal Rules of Criminal Procedure, in which all interests will be addressed.  The

Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all

third parties in ancillary proceedings.  Fed. R. Civ. P. 32.2(e)(1).  It is further

ORDERED that this Preliminary Order of Forfeiture may be amended pursuant to

Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.


DATED January 22, 2014.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge