IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00332-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JEFFERY ALLAN JOHNSTON,

        Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 61].  The Court having read the motion and being fully advised in the premises finds that:

The United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Information [Docket No. 30] filed on August 15, 2013.

A Preliminary Order of Forfeiture was entered on January 22, 2014 [Docket No. 52];

All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n);

No petition for an ancillary hearing has been filed in this matter by any party, and the deadline for so doing has expired.

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED that:

1. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

    a. Colt 1911 .45 caliber pistol, SN SS25514E;

    b. North American Arms NAA-22M .22 caliber revolver, SN D86877;

    c. Colt AR-15 A2 .223 caliber semi-automatic rifle, SN GC016690;

    d. Ithaca Model 37 12 gauge shot gun, SN 772060-4;

    e. Winchester Model FL 12, 12 gauge shotgun, SN 1633583;

    f. Colt Officers Model .45 Caliber pistol, SN LF11417E;

    g. Taurus Model 85 .38 caliber revolver, SN QE76349;

    h. Ruger LCP .380 pistol; SN 37648959;

    i. Smith & Wesson Body Guard 380 .380 caliber pistol, SN ECA4679;

    j. Federal Premium Ammunition;

    k. American Eagle .45 caliber ammunition;

    l. $2,240.00 in United States Currency;

    m. $25,000.00 in lieu of real property located at 10800 Hillrose Street, Parker, Colorado

2. The United States shall have full and legal title to the forfeited property pursuant to 21 U.S.C. § 853 and may dispose of it in accordance with law.

DATED April 16, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge